RECEIVD USMS-LA
05/11/2026
FID: 11961610

FILED
CLERK, U.S. DISTRICT COURT
JUL - 8 2026
CENTRAL DISTRICT OF CALIFORNIA
BY [initials] DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br>v.<br>CODY MCDANIEL,<br>DEFENDANT. | **WARRANT FOR ARREST**<br><br>ON COMPLAINT<br><br>CASE NO.: 2:26-mj-02616-DUTY 18 |

To: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **CODY MCDANIEL** and bring him forthwith to the nearest Magistrate Judge to answer a complaint charging him with Possession with the Intent to Distribute, and Distribution of, a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

REC: Detention by AUSA Lauren Border (x8231)

May 1, 2026
Date

Hon. Stephanie S. Christensen

[signature]
Signature of Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at (location):<br>Los Angeles County Jail | | |
| DATE RECEIVED<br>July 8, 2026<br>DATE OF ARREST<br>July 8, 2026 | NAME AND TITLE OF ARRESTING OFFICER<br>DUSM Ingrid Escobedo | SIGNATURE OF ARRESTING OFFICER<br>Ingrid Escobedo |

**DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO**